IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELORES SMALL, et al** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA** ) <br> **Defendant.** ) <br> ) | Civil Action No:07-01174(RBW) |

### **PRAECIPE**

To the Clerk of the Court:

**Please dismiss and mark as settled and paid:**
1. LAWANDA REED, parent and next friend of E.W., minor;

**The following case will be dismissed upon receipt of payment:**

2. MR. & MRS. PHILLIP CHASE-EL, parent and next friend of A.C., a minor.


Respectfully submitted,

/s/_____
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorney for Plaintiffs*

1