AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DELORES SMALL, et al.

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

Case: 1:07-cv-01174
Assigned To : Walton, Reggie B.
Assign. Date : 6/29/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

LINDA SINGER
District of Columbia
Attorney General
441 Fourth Street, NW 6th Floor
Washington, Dc 20004
To Serve: Linda Singer

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TILLMAN L. GERALD
JAMES BROWN + ASSOC.
1220 L STREET, N.W.
# 700
WASHINGTON, D.C. 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                JUN 29 2007
CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/2/07  355 P.M |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Dwayne Boston | PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Toma Roberson Aged such Cg_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/2/07
             *Date*                *Signature of Server*

1512 K St NW Ste 200 WDC
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.