**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DELORES SMALL, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-1174 (RBW) |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| Defendants. : | |

## DEFENDANTS' ANSWER TO COMPLAINT

Defendants by counsel, hereby answer Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendants admit the allegations in the first sentence of paragraph 1. The remaining allegations in paragraph 1 are the conclusions of the pleader to which no response is required. If a response is required then the same are denied.

2. Defendants admit the allegations in paragraph 2.

3. Defendants admit the allegations in paragraph 3.

4. Defendants admit the allegations in paragraph 4 that Plaintiffs are eligible to receive special education services under the IDEIA. However, Defendants deny that students are eligible to receive services under Section 504 and that all of the Plaintiffs are prevailing parties.

5. Defendants admit the allegations in paragraph 5.

6. Defendants admit the allegations in paragraph 6.

7. Defendants admit the allegations in paragraph 7.

(*Plaintiffs do not continue their paragraphs with number 8, but start over at number 1 under a new heading titled "factual background." Therefore, Defendants have numbered the paragraphs below to correspond with the paragraphs at pages 8-24 of the Complaint.)

1. Defendants admit the first sentence of paragraph 1. The remaining portions of paragraph 1 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

2. Defendants admit the first sentence of paragraph 2. The remaining portions of paragraph 2 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

3. Defendants admit the first sentence of paragraph 3. The remaining portions of paragraph 3 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

4. Defendants admit the first sentence of paragraph 4. The remaining portions of paragraph 4 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

5. Defendants admit the first sentence of paragraph 5. The remaining portions of paragraph 5 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

6. Defendants admit the first sentence of paragraph 6. The remaining portions of paragraph 6 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

7. Defendants admit the first sentence of paragraph 7. The remaining portions of paragraph 7 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

8. Defendants admit the first sentence of paragraph 8. The remaining portions of paragraph 8 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

9. Defendants admit the first sentence of paragraph 9. The remaining portions of paragraph 9 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

10. Defendants admit the first sentence of paragraph 10. The remaining portions of paragraph 10 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

11. Defendants admit the first sentence of paragraph 11. The remaining portions of paragraph 11 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

12. Defendants admit the first sentence of paragraph 12. The remaining portions of paragraph 12 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

13. Defendants admit the first sentence of paragraph 13. The remaining portions of paragraph 13 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

14. Defendants admit the first sentence of paragraph 14. The remaining portions of paragraph 14 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

15. Defendants admit the first sentence of paragraph 15. The remaining portions of paragraph 15 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

16. Defendants admit the first sentence of paragraph 16. The remaining portions of paragraph 16 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

17. Defendants admit the first sentence of paragraph 17. The remaining portions of paragraph 17 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

18. Defendants admit the first sentence of paragraph 18. The remaining portions of paragraph 18 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

19. Defendants admit the first sentence of paragraph 19. The remaining portions of paragraph 19 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

20. Defendants admit the first sentence of paragraph 20. The remaining portions of paragraph 20 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

21. Defendants admit the first sentence of paragraph 21. The remaining portions of paragraph 21 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

22.     Defendants admit the first sentence of paragraph 22. The remaining portions of paragraph 22 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

23.     Defendants admit the first sentence of paragraph 23. The remaining portions of paragraph 23 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

24.     Defendants admit the first sentence of paragraph 24. The remaining portions of paragraph 24 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

25.     Defendants admit the first sentence of paragraph 25. The remaining portions of paragraph 25 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

26.     Defendants admit the first sentence of paragraph 26. The remaining portions of paragraph 26 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

27.     Defendants admit the first sentence of paragraph 27. The remaining portions of paragraph 27 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

28.     Defendants admit the first sentence of paragraph 28. The remaining portions of paragraph 28 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

29. Defendants admit the first sentence of paragraph 29. The remaining portions of paragraph 29 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

30. Defendants admit the first sentence of paragraph 30. The remaining portions of paragraph 30 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

31. Defendants admit the first sentence of paragraph 31. The remaining portions of paragraph 31 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

32. Defendants admit the first sentence of paragraph 32. The remaining portions of paragraph 32 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

33. Defendants admit the first sentence of paragraph 33. The remaining portions of paragraph 33 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

34. Defendants admit the first sentence of paragraph 34. The remaining portions of paragraph 34 are conclusions of the pleader to which no response is required. If a response is required then the same are denied.

35. The allegations in paragraph 35 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

36. Defendants admit the allegations in paragraph 36.

37. Defendants admit the allegations in paragraph 37.

38. Defendants admit the allegations in paragraph 38.

39. Defendants deny the allegations in paragraph 39.

40. The allegations in paragraph 40 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

41. Defendants admit the allegations in paragraph 41.

42. The allegations in paragraph 42 are the pleader's characterizations of law to which no response is required. If a response is required, then the same are denied.

43. The allegations in paragraph 43 are the pleader's characterizations of law to which no response is required. If a response is required, then the same are denied.

44. The allegations in paragraph 44 are the pleader's characterizations of law, to which no response is required. If a response is required, then the same are denied.

45. The allegations in paragraph 45 are the pleader's characterizations of the statute which speaks for itself, to which no response is required. If a response is required, then the same are denied.

46. The allegations in paragraph 46 are the pleader's characterizations of law, to which no response is required. If a response is required, then the same are denied.

47. Defendants admit that the invoices indicate the current billing rates for the attorneys. Defendants deny that those fees are reasonable.

48. The Defendants are without sufficient information to answer the allegations in paragraph 48 at this time. If a response is required then the same are denied.

49.     The allegations in paragraph 49 are conclusions of the pleader to which no response is required.  If a response is required then the same are denied.

50.     The allegations in paragraph 50 are conclusions of the pleader to which no response is required.  If a response is required then the same are denied.

51.     Defendants deny that they "summarily" refused to pay Plaintiffs' applications for all costs and fees associated with their cases.

## COUNT 1

52.     The Defendants incorporate and repeat their answers in paragraphs 1 through 51.

53.     The allegations in paragraph 53 are conclusions of the pleader to which no response is required.  If a response is required then the same are denied.

**BY WAY OF FURTHER ANSWER**, the Defendants deny all allegations of wrongdoing not otherwise responded to or admitted.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This Court does not have jurisdiction as to all of the Plaintiffs claims.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

                          ***/s/ Edward P. Taptich***
                          EDWARD P. TAPTICH [#012914]
                          Chief, Equity Section II

                          ***/s/ Amy Caspari***
                          Amy Caspari [#488968]
                          Assistant Attorney General
                          441 Fourth Street, N.W.
                          Sixth Floor South
                          Washington, D.C. 20001
                          (202) 724-7794

July 24, 2007