IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELORES SMALL, et al** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No:07-01174(RBW) |
| v.   ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| **Defendant.** ) | |
| ) | |

### PRAECIPE

To the Clerk of the Court:

    Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

                                             Respectfully submitted,

                                             /s/
                                             Roxanne D. Neloms [478157]
                                             James E. Brown & Associates, PLLC
                                             1220 L Street, NW, Suite 700
                                             Washington, D.C.  20005
                                             (202) 742-2000
                                             (202) 742-2098 (fax)
                                             *Attorney for Plaintiffs*