IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELORES SMALL, <u>et al</u>** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No:07-01174(RBW) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| **Defendant.** ) | |
| ) | |

**PRAECIPE**

To the Clerk of the Court:

    Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

    Respectfully submitted,

/s/
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorney for Plaintiffs*

1