IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DELORES SMALL, <u>et al</u>** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v.  ) <br> ) <br> **DISTRICT OF COLUMBIA** ) <br> **Defendant.** ) <br> ) | Civil Action No:07-01174(RBW) |

**PRAECIPE**

To the Clerk of the Court:

**Please withdraw and dismiss the following:**
1.   CHERYL FENWICK, parents and next friend of C.F., a minor;
2.   CHANIKA FORD, parent and next friend of M.F., a minor;
3.   SANDRA BENNETT-CAVE, parent and next friend of D.B., a minor;
4.   ESSIE BOWMAN, parent and next friend of W.B., a minor;
5.   LATISHA REID-ODEMNS, parent and next friend of J.O., a minor;
6.   EDNA WHITE, parent and next friend of T.W., minor;
7.   LAWANDA REED,  parent and next friend of E.W., minor.

Respectfully submitted,

/s/
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorney for Plaintiffs*

1