UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SMALL, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1174 (RBW) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## JOINT MOTION FOR CONSENT JUDGEMENT

The parties jointly move this court to approve the attached Consent Judgment awarding attorney fees for W.A., H.A., A.D., M.B., D.B., K.B., T.C., A.C., R.C., L.F., B.G., J.G., A.G., I.H., A.H., L.J., A.L, R.M., A.M., J.P., Q.P., C.S., D.S., L.S., D.S., T.W., K.W., and dismissing this case with prejudice.

On June 29, 2007, 34 named plaintiffs filed a Complaint for reimbursement of attorneys' fees and costs, claiming that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA"). By praecipe filed September 26, 2007, Plaintiffs voluntarily dismissed the claims of D.B., W.B., J.O., E.W., M.F., T.W., and C.F; thus, only 27 of the original claims remain in this action.

The parties agree that the following awards are in settlement of any and all claims relating to the June 29, 2007 Complaint for attorneys' fees:

- $3,000.00 in settlement of the claims of W.A.,
- $3,000.00 in settlement of the claims of H.A.,

1

- $3,000.00 in settlement of the claims of A.D.,
- $3,000.00 in settlement of the claims of M.B.,
- $3,000.00 in settlement of the claims of D.B.,
- $3,000.00 in settlement of the claims of K.B.,
- $3,000.00 in settlement of the claims of T.C.,
- $3,000.00 in settlement of the claims of A.C.,
- $3,000.00 in settlement of the claims of R.C.,
- $3,000.00 in settlement of the claims of L.F.,
- $3,000.00 in settlement of the claims of B.G.,
- $3,000.00 in settlement of the claims of J.G.,
- $3,000.00 in settlement of the claims of A.G.,
- $3,000.00 in settlement of the claims of I.H.,
- $3,000.00 in settlement of the claims of A.H.,
- $3,000.00 in settlement of the claims of L.J.,
- $3,000.00 in settlement of the claims of A.L.,
- $3,000.00 in settlement of the claims of R.M.,
- $3,000.00 in settlement of the claims of A.M.,
- $3,000.00 in settlement of the claims of J.P.,
- $3,000.00 in settlement of the claims of Q.P.,
- $3,000.00 in settlement of the claims of C.S.,
- $3,000.00 in settlement of the claims of D.S.,
- $3,000.00 in settlement of the claims of L.S.,
- $3,000.00 in settlement of the claims of D.S. (2),

- $3,000.00 in settlement of the claims of T.W.,
- $3,000.00 in settlement of the claims of K.W.

Furthermore, the parties agree that since there are no other remaining claims, this case should be dismissed with prejudice.

                Respectfully submitted,

                LINDA SINGER
                Attorney General
                for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                ***/s/ Edward P. Taptich***
                EDWARD P. TAPTICH [012914]
                Chief, Equity Section 2

| */s/Roxanne Neloms* | */s/ Amy Caspari* |
|---|---|
| Roxanne Neloms [478157] | AMY CASPARI [#488968] |
| Brown & Associates | Assistant Attorney General |
| 1220 L St. N.W., #700 | 441 Fourth Street, N.W., 6th Fl. S |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| (202) 742-2022 | (202) 724-7794 |
| rneloms@jeblaw.biz | amy.caspari@dc.gov |
| Attorney for Plaintiffs | Attorney for Defendants |

September 27, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELORES SMALL, et al.,** | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1174 (RBW) |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| Defendants. | : |

## CONSENT JUDGMENT

Upon consideration of the parties' September 27, 2007, Joint Motion for Consent Judgment, it is on this _____ day of _____, 2007, hereby

**ORDERED,** that Plaintiff W.A. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff H.A. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.D. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff M.B. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff D.B. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff K.B. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.C. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.C. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff R.C. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff L.F. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff B.G. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff J.G. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.G. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff I.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff L.J. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.L. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff R.M. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.M. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff J.P. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff Q.P. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff C.S. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff D.S. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff L.S. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff D.S. (2) is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.W. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff K.W. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that the Defendants will pay the amount awarded by this Order to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves all the remaining issues in this case; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge