UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

|  |  |
|---|---|
| DELORES SMALL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 07-1174 (RBW) |

## CONSENT JUDGMENT

Upon consideration of the parties' September 27, 2007, Joint Motion for Consent Judgment, it is on this 27th day of September, 2007, hereby

**ORDERED**, that Plaintiff W.A. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED**, that Plaintiff H.A. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED**, that Plaintiff A.D. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED**, that Plaintiff M.B. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED**, that Plaintiff D.B. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED**, that Plaintiff K.B. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.C. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.C. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff R.C. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff L.F. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff B.G. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff J.G. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.G. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff I.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff L.J. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.L. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff R.M. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.M. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff J.P. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff Q.P. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff C.S. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff D.S. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff L.S. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff D.S. (2) is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.W. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff K.W. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that the Defendants will pay the amount awarded by this Order to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves all the remaining issues in this case; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge